UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION<br><br>This documents relates to:<br>**Niece et al. v. Medtronic, Inc. et al.**<br>**10-cv-04326** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS'**<br>**LEAD COUNSEL'S MOTION TO**<br>**DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 18), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiffs Harold Goodpaster, Hoover W. Niece individually and on behalf of the Estate of Hoover Niece, and Lester Mullins in the action styled <u>Niece et al. v. Medtronic, Inc. et al.</u>, Civil Action No. 10-cv-04326, are **DISMISSED WITH PREJUDICE.**

The Court having determined that there is no just reason for delay, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to these Plaintiffs.

Dated:  June 29, 2011

                                                                 s/Richard H. Kyle<br>
                                                                  RICHARD H. KYLE<br>
                                                                  United States District Judge